Case 4:23-cv-00530   Document 19   Filed on 12/28/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JANEYLYNN FONSECA MYLES, | § § | CIVIL ACTION NO. 4:23-cv-00530 |
| Plaintiff, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| KILOLO KIJAKAZI, Defendant. | § § § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Janeylynn Fonseca Myles filed this appeal from the decision of the Commissioner of Social Security denying her Social Security benefits. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A Bryan, recommending that the motion by Plaintiff for attorney fees be granted and that final judgment be entered awarding Plaintiff fees under the Equal Access to Justice Act in the amount of $8,580.00. Dkt 18.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion for attorney fees is GRANTED. Dkt 17.

A final judgment will issue by separate order.

SO ORDERED.

Signed on December 28, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge